**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MARIANO SANCHEZ,<br><br>        Petitioner,<br><br>        v.<br><br>KATHLEEN ALLISON (Warden),<br><br>        Respondent. | No. CV 10-8190-JLS(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action with prejudice.

DATED: December 16, 2014

                                            JOSEPHINE L. STATON<br>
                                            United States District Judge