**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LUIS MARIANO SANCHEZ, | ) | No. CV 10-8190-JLS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KATHLEEN ALLISON (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>December 16, 2014</u>

JOSEPHINE L. STATON
United States District Judge